herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

In the Matter of HAROLD GEORGE et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent.

Submitted August 26, 2013; decided October 17, 2013

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

DONNELL JEFFERSON, Appellant, v JOSHUA STUBBE, Respondent.

Submitted August 19, 2013; decided October 17, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

HERBERT KOLBE et al., Appellants, v CHRISTINE J. TIBBETTS, as Superintendent of Schools of Newfane Central School District, et al., Respondents.

Submitted October 15, 2013; decided October 17, 2013

Motion by Civil Service Employees Association, Inc., Local 1000, AFSCME, AFL-CIO for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

HERBERT KOLBE et al., Appellants, v CHRISTINE J. TIBBETTS, as Superintendent of Schools of Newfane Central School District, et al., Respondents.

Submitted October 15, 2013; decided October 17, 2013

Motion by New York State School Boards Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

In the Matter of JOSE LANFRANCO, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted September 3, 2013; decided October 17, 2013

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]). Motion for poor person relief dismissed as academic.

DEIRDRE LOY, Respondent, v LOUIS L. LOY, Appellant.

Submitted September 9, 2013; decided October 17, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

EUGENE MARGERUM et al., Appellants-Respondents, v CITY OF BUFFALO et al., Respondents-Appellants.

Submitted September 9, 2013; decided October 17, 2013

Motion by National Association of Hispanic Firefighters for leave to file a brief amicus curiae on the motion by defendants for leave to appeal herein granted and the brief is accepted as filed.

EUGENE MARGERUM et al., Appellants-Respondents, v CITY OF BUFFALO et al., Respondents-Appellants.

Submitted September 9, 2013; decided October 17, 2013